UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-3047-MWB |
| Plaintiff, | **CAPITAL 2255 PROCEEDINGS** |
| -v- | |
| DUSTIN LEE HONKEN, | Honorable Mark W. Bennett, U.S.D.J. |
| Defendant. | |

## ORDER

Upon consideration of the unopposed Motion for the Appointment of Counsel for Defendant Dustin Lee Honken, the Court finds that Motion should be, and the same is hereby, GRANTED. It is therefore the ORDER and findings of the Court:

1. That Petitioner Dustin Lee Honken is eligible for the appointment of counsel to represent him in a to-be-filed § 2255 Motion with respect to his capital convictions and sentences.

2. The Court finds that the Office of the Federal Public Defender for the District of Arizona possesses the expertise and qualifications to represent Mr. Honken, and accordingly, the Court appoints Jon M. Sands as counsel.

3. Mr. Sands is directed to assign at least two lawyers from his office who are also qualified to represent Mr. Honken and to have said lawyers seek admission *pro hac vice* and enter an appearance within thirty days of this Order.

Case 3:01-cr-03047-LTS-KEM    Document 783-3    Filed 09/16/09    Page 1 of 2

4. This appointment is made based upon Mr. Sands's representation that the Federal Public Defender will not bill the Court for any fees or expenses related to its representation.

5. The Court finds that Mr. Honken is indigent, and accordingly, he may proceed in this action *in forma pauperis*.

Ordered this _____ day of September, 2009.

_____
MARK W. BENNETT
United States District Judge