Jon M. Sands
Federal Public Defender
Timothy M. Gabrielsen (NV Bar No. 8076)
Assistant Federal Public Defender
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310
Tim_Gabrielsen@fd.org
(520) 879-7614
(520) 622-6844 facsimile

Robin C. Konrad (AL Bar No. ASB-2194-N76K)
Jaleh Najafi (AZ Bar No. 02579)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Robin_Konrad@fd.org
Jaleh_Najafi@fd.org
(602) 382-2816
(602) 889-3960 facsimile

Counsel for Movant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| Dustin Lee Honken,<br><br>       Movant,<br><br>  vs.<br><br>United States of America,<br><br>       Respondent. | No. _____<br><br>(former No. CR 01-3047-MWB)<br><br>**NOTICE OF APPEARANCE**<br><br>Death Penalty Case |

     Jon M. Sands, Federal Public Defender for the District of Arizona, pursuant to the order issued by the Court on September 16, 2009 (Doc. No. 784), gives notice to the Court and the Respondent that Timothy M. Gabrielsen will appear as lead counsel on behalf of Mr. Honken in the matter brought pursuant to 28 U.S.C. § 2255.  Mr. Gabrielsen is an assistant federal public defender, and his address, e-mail and phone number are listed above.

/ /

Page 1 of 3

Mr. Sands gives notice that Assistant Federal Public Defenders Robin C. Konrad and Jaleh Najafi will also appear in this matter on behalf of Mr. Honken. The addresses, e-mails, and phone numbers of Ms. Konrad and Ms. Najafi are also listed above.

Respectfully submitted this 14th day of October, 2009.

Jon M. Sands
Federal Public Defender
Timothy M. Gabrielsen

By s/ Timothy M. Gabrielsen
Counsel for Petitioner

Case 3:01-cr-03047-LTS-KEM    Document 785    Filed 10/14/09    Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2009, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Mr. C.J. Williams
Assistant United States Attorney
U.S. Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

By___s/ Tamelyn McNeill___
      Legal Secretary
      Capital Habeas Unit

Page 3 of 3