# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DUSTIN LEE HONKEN,

Defendant.

No. CR 01-3047-MWB

**ORDER SETTING DEADLINE FOR PROPOSED SCHEDULING ORDER FOR DISPOSITION OF ANTICIPATED § 2255 MOTION**

_____

By e-mail dated December 17, 2009, to the lead prosecutor and counsel appointed to represent defendant Dustin Honken in his anticipated § 2255 Motion, *see* Order Appointing Counsel (docket no. 784); Notice of Appearance (docket no. 785), I directed counsel to consult and to submit by September 1, 2010, a proposed scheduling order for Dustin Honken's anticipated § 2255 Motion. Although I recognized that Honken's anticipated § 2255 Motion does not have to be filed until at least December 2010, I explained that I wanted to make sure that Honken's § 2255 Motion moves expeditiously through the court once it is filed. In related defendant Angela Johnson's case, I required the parties to consult and to file a proposed scheduling order more than two months before the deadline for filing of Johnson's § 2255 Motion, with directions to anticipate an evidentiary hearing approximately seven months after the filing of her motion. I explained to counsel in this case that I expected the same sort of time frame in this case. I attached to that e-mail a copy of the original scheduling order from Johnson's case, *United States v. Angela Johnson*, No. CR 01-3046-MWB (N.D. Iowa) (docket no. 807), to use as a template for their proposed scheduling order. I now find that it is appropriate to reiterate

by written order the requirements for submission of a proposed scheduling order for the timely disposition of Honken's anticipated § 2255 Motion.

THEREFORE, counsel are directed to consult and to file a joint proposed scheduling order for the timely disposition of Honken's anticipated § 2255 Motion not later than September 1, 2010, anticipating an evidentiary hearing approximately seven months after filing of the § 2255 Motion, and indicating deadlines in terms of days either after filing of the § 2255 Motion or before (or after) the evidentiary hearing, as appropriate.

**IT IS SO ORDERED.**

**DATED** this 30th day of December, 2009.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2