# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**        Mr.  Rob Phelps

**FROM:**    Michael E. Gans, Clerk of Court

**DATE:**    January 13, 2010

**RE:**        05-3871  USA v. Dustin Honken

District Court/Agency Case Number(s):   3:01-cr-3047 MWB

_____

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


DMS