# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-3047– MWB |
| Respondent, | **CAPITAL 2255 PROCEEDINGS** |
| -v- | HON. MARK W. BENNETT |
| DUSTIN LEE HONKEN, | U.S.D.J. |
| Petitioner. | |

### PETITIONER'S UNOPPOSED MOTION FOR APPOINTMENT OF COUNSEL AT NO COST TO THE COURT

Petitioner, DUSTIN LEE HONKEN, hereby moves for the appointment of undersigned counsel to represent him in his to-be-filed motion pursuant to 28 U.S.C. § 2255. In support of this motion, counsel represents the following.

1.  Mr. Honken is a federal prisoner who was sentenced to death by this Court on October 11, 2005 (document # 702). His convictions and death sentences were affirmed on direct appeal. United States v. Honken, 541 F.3d 1146 (8th Cir. 2009). The United States Supreme Court denied certiorari. Honken v. United States, 130 S.Ct. 1011 (2009).

2.  The Federal Public Defender (FPD) for the District of Arizona was

1

appointed by this Court to represent Mr. Honken in his to-be-filed section 2255 motion. On May 20, 2010, this Court relieved the Arizona FPD because of a recently discovered conflict of interest (document # 789). Mr. Honken is currently without counsel. The statute of limitations will expire on his section 2255 motion on December 15, 2010, i.e., one year following the denial of certiorari.

3.      Undersigned counsel, Michael Wiseman, is the Chief of the Capital Habeas Corpus Unit (CHU) for the Federal Community Defender Office for the Eastern District of Pennsylvania. Shortly after the Arizona FPD discovered the conflict of interest, Mr. Wiseman was contacted by Ruth Friedman, Esq., Director of the Federal Capital Habeas Project. Ms. Friedman's Project is sponsored by the Administrative Office of the United States Courts (AO). Ms. Friedman apprised Mr. Wiseman of the Arizona conflict of interest and asked if his office would consider seeking appointment as replacement counsel. Mr. Wiseman indicated that his office would gladly accept this Court's appointment, assuming that it first received authorization from the Administrative Office to seek it.[1]

4.      The CHU was formed in 1995 and is part of the Federal Community

---

[1]A CHU must receive approval from the AO before seeking appointment in a case that is out of district. This approval, in turn, requires that the Chief Judge of the Circuit be advised. Counsel understands that Chief Judge Riley has been notified, and the AO has given approval to the CHU to seek this appointment.

2

Defender for the Eastern District of Pennsylvania (i.e. the Federal Public Defender). It receives a sustaining grant from the AO primarily to provide representation to capital habeas corpus petitioners in Pennsylvania. Since its formation, it has successfully represented dozens of prisoners in Pennsylvania's federal district courts, the Court of the Appeals for the Third Circuit, and has litigated four substantive cases in the United States Supreme Court.[2] Counsel from the CHU have been faculty in numerous regional and national AO-sponsored training programs, and have participated in court committees regarding capital post-conviction litigation.[3]

5. More recently, the CHU has responded to requests from the AO and Ms. Friedman's Project to represent capital post-conviction petitioners in jurisdictions outside of Pennsylvania in § 2255 litigation where the death penalty has been imposed. The CHU has been appointed to eight such cases outside of the Eastern

---

[2]Sattazahn v. Pennsylvania, 537 U.S. 101 (2003); Rompilla v. Beard, 545 U.S. 374 (2005); Pace v. DiGuglielmo, 544 U.S. 408 (2005); Beard v. Kindler, 130 S.Ct. 612 (2009).

[3]They have served as faculty in training programs sponsored by: The Court of Appeals for the Third Circuit; the Federal Capital Habeas (Section 2255) Project; the Administrative Office of the United States Courts Habeas Corpus Training and Assistance Project; the Federal Judicial Center; and the National Institute for Trial Advocacy. CHU lawyers have also served as members of the Third Circuit's Task Force on Death Penalty Litigation.

District of Pennsylvania.[4]

6.      To facilitate its representation of capital 2255 petitioners, the CHU has received supplemental funding from the AO (which was approved by the Defender Services Committee of the Judicial Conference).  Because of this supplemental grant, CHU counsel will not bill the Court for any time or expenses related to their work on this matter.

7.      Mr. Wiseman seeks appointment.  Should he be appointed, Mr. Wiseman will assign at least two other lawyers from the CHU to join him in this litigation.  Mr. Wiseman and these lawyers will immediately file notices of appearance.  Other necessary staff will also be assigned to this case.

8.      Undersigned counsel understands that Assistant United States Attorney CJ Williams has expressed that the Government is not opposed to the appointment of CHU counsel from Philadelphia to replace the Arizona FPD.

---

[4]The CHU is appointed in the following capital section 2255 cases:  United States v. Agofsky, 07-cv-511 (E.D. Texas); United States v. Allen, No. 4:07-CV-27ERW (E.D. Mo.); United States v. Bourgeois, No. Cr-C-02-216 (S.D. Texas); United States v. Corley, No. 3:02-CR-116 (N.D. Indiana); United States v. Fields, Civ.-10-115-RAW (E.D. Oklahoma); United States v. Hammer, 96-cr-239 (M.D. Pa.); United States v. Higgs, 98-cr-0520 (D. Md.) and United States v. Ortiz, 08-1749 (8th Cir.) (W.D. Mo.).  Its motion for appointment in United States v. Roane, 09-8 (4th Cir.) is pending.

WHEREFORE, undersigned counsel respectfully requests that the Court appoint Michael Wiseman, Esq., Chief, Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania, at no cost to the Court, as counsel to Mr. Honken in his post-conviction proceedings. A proposed order accompanies this motion.

Respectfully Submitted,

LEIGH SKIPPER
Federal Public Defender
By:

Michael Wiseman, Chief
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Independence Square West
Philadelphia, Pennsylvania 19106
215-928-0520
Michael_Wiseman@fd.org

Dated:       May 24, 2010
             Philadelphia, PA

5

# Certificate of Service

I, Michael Wiseman, hereby certify that on this 24th day of May, 2010 I served a copy of the foregoing on the following person by overnight mail:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

_____
Michael Wiseman