# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | No. CR 01-3047– MWB |
| Respondent, : | **CAPITAL 2255 PROCEEDINGS** |
| -v- : | HON. MARK W. BENNETT |
| | U.S.D.J. |
| DUSTIN LEE HONKEN, : | |
| Petitioner. : | |

## ORDER

And Now, this ____ day of _____, 2010 upon consideration of the *Unopposed Motion for Appointment of Counsel at No Cost to the Court*, it is hereby **ORDERED:**

1. The Motion is Granted.

2. Michael Wiseman, Chief, Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania is hereby appointed as counsel to Petitioner Dustin Lee Honken. He shall file his notice of appearance immediately and upon such filing he will be deemed admitted *pro hac vice* without need for further application or payment of any fees.

3. Mr. Wiseman is directed to assign at least two lawyers from his office who are also qualified to represent Mr. Honken. Those attorneys shall enter their appearances within thirty days and upon entering such appearances shall be deemed admitted *pro hac vice* without further

1

application or payment of any fees.

4.      This appointment is made based upon Mr. Wiseman's representation that the CHU will not bill the Court for any fees or expenses related to their representation.

**SO ORDERED:**

_____
Mark W. Bennett,
United States District Judge

2