# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN LEE HONKEN,<br><br>Defendant. | No. CR 01-3047-MWB<br><br>**ORDER APPOINTING NEW COUNSEL** |

_____

This matter comes before the court pursuant to defendant Dustin Lee Honken's May 25, 2010, Unopposed Motion For Appointment Of [New] Counsel At No Cost To The Court (docket no. 790) to represent him on his anticipated motion for post-conviction relief pursuant to 28 U.S.C. § 2255. On May 20, 2010, the court allowed previously appointed § 2255 counsel to withdraw, owing to a conflict of interest. *See* docket no. 789. Consequently, appointment of new counsel is appropriate. New counsel from the Capital Habeas Corpus Unit (CHU) of the Federal Community Defender for the Eastern District of Pennsylvania is willing to accept appointment in this case. Counsel for the United States, AUSA C.J. Williams, has been advised of the reasons for appointment of and the identity of new counsel, and does not oppose the appointment of CHU counsel from Philadelphia to replace the Arizona FPD. Upon consideration of the motion and all of the circumstances, the court finds that the motion should be granted.

THEREFORE, defendant Dustin Lee Honken's May 25, 2010, Unopposed Motion For Appointment Of [New] Counsel At No Cost To The Court (docket no. 790) is **granted** as follows:

1.      Michael Wiseman, Chief, Capital Habeas Corpus Unit (CHU) of the Federal Community Defender for the Eastern District of Pennsylvania is hereby appointed *pro hac vice*, without need for further application or payment of any fees, pursuant to 18 U.S.C. § 3599(a)(2), to represent defendant Honken in pursuing any and all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255.

2.      Mr. Wiseman is directed to assign at least two lawyers from his office who are also qualified to represent defendant Honken.  Those attorneys shall enter appearances within thirty days and, upon entering such appearances, shall be deemed admitted *pro hac vice* without further application or payment of any fees.

3.      This appointment is made based upon Mr. Wiseman's representation that the CHU will not bill the court for any fees or expenses related to its representation.

**IT IS SO ORDERED.**

**DATED** this 25th day of May, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2