# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,    :    No. CR 01-3047– MWB

    :

        Respondent,    :    **CAPITAL 2255 PROCEEDINGS**

    :

    -v-    :    HON. MARK W. BENNETT

    :    U.S.D.J.

DUSTIN LEE HONKEN,    :

    :

        Petitioner.    :

_____    :

### NOTICE OF APPEARANCES

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearances

on behalf of the Petitioner in the above captioned action pursuant to the Court's order

of May 25, 2010 (dkt # 791).

/s Michael Wiseman        /s/ Shawn Nolan

Michael Wiseman        Shawn Nolan
Capital Habeas Corpus Unit        Capital Habeas Corpus Unit
Federal Community Defender        Federal Community Defender
Eastern District of Pennsylvania        Eastern District of Pennsylvania
Suite 545 West – The Curtis Center        Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106        Philadelphia, Pennsylvania 19106
215-928-0520        215-928-0520
fax 215-928-0520        fax 215-928-0520
Michael_Wiseman@fd.org        Shawn_Nolan@fd.org

Case 3:01-cr-03047-LTS-KEM    Document 792    Filed 06/03/10    Page 1 of 2

/s/ Timothy Kane

Timothy Kane
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0520
Timothy_Kane@fd.org

Dated:      Philadelphia, Pennsylvania
            June 3, 2010

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 3rd day of June, 2010 I served a copy of the foregoing on the following person by United States Mail, First Class, Postage Prepaid and by ECF filing of the same:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Michael Wiseman

_____
Michael Wiseman

2