# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

:

UNITED STATES OF AMERICA,      :     No. CR 01-3047– MWB

:

          Respondent,    :   **CAPITAL 2255 PROCEEDINGS**

:

     -v-        :   HON. MARK W. BENNETT

:         U.S.D.J.

DUSTIN LEE HONKEN,      :

:

         Petitioner.     :

_____  :

## PETITIONER'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING JOINT SCHEDULING ORDER

Petitioner, Dustin Lee Honken, through undersigned counsel, files this unopposed motion to extend the deadline for filing a joint scheduling order. In support of this motion, Petitioner states the following.

1. Petitioner is a death sentenced prisoner in the custody of the Federal Bureau of Prisons following his convictions and death sentence imposed by this Court. He is preparing to file a motion pursuant to 28 U.S.C. § 2255 challenging his convictions and sentences.

2. On September 16, 2009, the Court appointed the Capital Habeas Corpus Unit of the Federal Public Defender for the District of Arizona (Arizona CHU) as

1

section 2255 counsel.  (Dkt. # 784.)

3.      On December 30, 2009, the Court directed Mr. Honken's counsel and the Government to consult and file a joint proposed scheduling order that would lead to the disposition of the to-be-filed section 2255 motion. The joint proposed scheduling order was to be filed on or before September 1, 2010.  (Dkt. # 786.)

4.      On May 20, 2010, the Arizona CHU moved to withdraw as counsel due to a conflict of interest.  (Dkt. # 788.)  The Court granted the motion the same day.  (Dkt. # 789.)

5.      Undersigned counsel from the Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania (Pennsylvania CHU) moved to be appointed to replace Arizona CHU counsel on May 25, 2010.  (Dkt. # 790.)  The Court granted that motion the same day (Dkt. # 791), and on June 3, 2010, undersigned counsel entered their appearance.  (Dkt. # 792.)

6.      In its December 30, 2009 Order, the Court explained that in the co-defendant's case it ordered that a similar joint proposed order be filed two months prior to the anticipated date that the 2255 motion would be filed.  Here, Petitioner's statute of limitations will expire on December 14, 2010 (one year from the denial of certiorari on December 14, 2010, see Hoken v. United States, 130 S.Ct. 1011 (2009)).

7.      Therefore, at a minimum, Petitioner submits that he should be given the

same opportunity as his co-defendant to investigate and research his grounds for relief before submitting a joint proposed order. That would place the date for submission of the joint proposed order in mid-October.

8. However, given the Pennsylvania CHU's recent entry into this litigation, and their still developing understanding of potential grounds for relief, counsel submit that they should be given additional consideration. At this point, counsel would essentially be guessing as to what issues would require evidentiary resolution. Giving counsel additional time, until December 1, 2010, would be reasonable in view of their recent entry into the case.

9. Counsel has consulted with the Government, which does not oppose this Motion.

WHEREFORE, counsel request that the Court extend the date for the

submission of the joint scheduling order for 90 days, until December 1, 2010.


Respectfully Submitted,

/s Michael Wiseman

Michael Wiseman
Shawn Nolan
Timothy Kane
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0520


Dated:        August 30, 2010

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 30th day of August, 2010, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Michael Wiseman

_____

Michael Wiseman