# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

_____  :

UNITED STATES OF AMERICA,              :            No. CR 01-3047– MWB

                Respondent,              :      **CAPITAL 2255 PROCEEDINGS**

          -v-                                      :            HON. MARK W. BENNETT

                            :                      U.S.D.J.

DUSTIN LEE HONKEN,                      :

             Petitioner.              :

_____  :

## ORDER

AND NOW, this \_\_\_ day of _____, 2010, upon consideration of

*Petitioner's Unopposed Motion to Extend Time for Filing Joint Scheduling Order*,

it is hereby ORDERED:

The Motion is granted.  The parties will submit a Proposed Joint Scheduling

Order on or before December 1, 2010.

                                   _____

                                   Mark W. Bennett, USDJ