# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DUSTIN LEE HONKEN,

        Defendant.

No. CR 01-3047-MWB

**ORDER EXTENDING DEADLINE FOR PROPOSED SCHEDULING ORDER FOR DISPOSITION OF ANTICIPATED § 2255 MOTION**

_____

This case is before the court on the defendant's August 30, 2010, Unopposed Motion To Extend Time For Filing Joint Scheduling Order (docket no. 793). The defendant seeks an extension from September 1, 2010, to December 1, 2010, of the parties' deadline to consult and to file a joint proposed scheduling order for the timely disposition of the defendant's anticipated § 2255 Motion. The defendant asserts that a later deadline is appropriate primarily because of current counsel's relatively late entry into the case. The defendant also represents that opposing counsel has been consulted and does not oppose the motion to extend the deadline. The court finds good cause for the requested extension.

THEREFORE, the defendant's August 30, 2010, Unopposed Motion To Extend Time For Filing Joint Scheduling Order (docket no. 793) is **granted**. The parties shall have **to and including December 1, 2010,** within which to consult and to file a joint proposed scheduling order for the timely disposition of the defendant's anticipated § 2255 Motion that meets the conditions set forth in the court's December 30, 2009, Order Setting

Deadline For Proposed Scheduling Order For Disposition Of Anticipated § 2255 Motion (docket no. 786).

**IT IS SO ORDERED.**

**DATED** this 31st day of August, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

Case 3:01-cr-03047-LTS-KEM    Document 794    Filed 08/31/10    Page 2 of 2