# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DUSTIN LEE HONKEN,

      Defendant.

No. CR 01-3047-MWB

**ORDER REGARDING DISCLOSURE OF PROBATION RECORDS**

_____

This case is before the court on an August 4, 2010, letter to the United States Probation Office for the Northern District of Iowa from an investigator on Dustin Honken's *habeas* team requesting "any and all records [that] facility maintains on" Dustin Honken. More specifically,

> The requested records should include, but not be limited to, the following: intake, discharge and transfer records; all medical records; all psychological and psychiatric reports, referrals, evaluations, notes or other records; all communications between Mr. Honken and probation staff; adjustment records and reviews; staff notes and records of contact; social worker records and notes; housing records; and disciplinary records.

Letter from *Habeas* Counsel, August 4, 2010. The request is accompanied by an Authorization For Release Of Information signed by Dustin Honken on May 26, 2010. The Probation Office has received a similar letter, dated August 2, 2010, from an investigator on Dustin Honken's *habeas* team, requesting records pertaining to Dustin Honken's father, James Honken.

The court finds that the requested records are reasonably likely to lead to information relevant to Dustin Honken's anticipated claims for *habeas* relief pursuant to 28 U.S.C. § 2255. Consequently, subject to appropriate limitations on further dissemination, the court will authorize the disclosure of the requested information.

THEREFORE,

1. The United States Probation Office for the Northern District of Iowa is authorized to produce to Dustin Honken's *habeas* team any and all records that it maintains on Dustin Honken, including, but not limited to, the following: intake, discharge and transfer records; all medical records; all psychological and psychiatric reports, referrals, evaluations, notes or other records; all communications between Mr. Honken and probation staff; adjustment records and reviews; staff notes and records of contact; social worker records and notes; housing records; and disciplinary records.

2. The United States Probation Office for the Northern District of Iowa is authorized to produce to Dustin Honken's *habeas* team any and all records that it maintains on James Honken, including, but not limited to, the following: intake, discharge and transfer records; all medical records; all psychological and psychiatric reports, referrals, evaluations, notes or other records; all communications between James Honken and probation staff; adjustment records and reviews; staff notes and records of contact; social worker records and notes; housing records; and disciplinary records.

3. If the Probation Office is unable to produce any of the records identified in paragraphs 1 and 2, for example, because of flooding in the Cedar Rapids office, or because such records have otherwise been lost, destroyed, or transferred to another agency, the Probation Office shall so notify Dustin Honken's *habeas* team in writing. The Probation Office shall likewise notify Dustin Honken's *habeas* team in writing if no such records exist.

2

4. To the extent that the Probation Office no longer has or never had treatment or testing records or reports for Dustin Honken or James Honken from outside providers, the Probation Office is authorized to provide such contact information as it may have for such providers to facilitate Dustin Honken's acquisition of such records or reports.

5. All disclosures authorized herein are solely for the purpose of Dustin Honken's anticipated *habeas* motion pursuant to 28 U.S.C. § 2255 and shall not be disclosed to anyone other than Dustin Honken, *habeas* counsel, investigators or experts employed by Dustin Honken's *habeas* team, or such potential witnesses, including trial counsel or trial experts, as *habeas* counsel shall reasonably believe require access to such information. Each person, other than Dustin Honken's *habeas* team members, allowed to review such records is prohibited from further disclosure or dissemination of the records or their contents to any other person and shall be advised of this prohibition before being allowed to review such records.

**IT IS SO ORDERED.**

**DATED** this 15th day of September, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

3