# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. CR 01-3047– MWB |
|  | : |  |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. MARK W. BENNETT |
|  | : | U.S.D.J. |
| DUSTIN LEE HONKEN, | : |  |
|  | : |  |
| Petitioner. | : |  |
| _____ | : |  |

## ORDER

AND NOW, this ___ day of December, 2010 upon consideration of the unopposed motion by Petitioner for a revised litigation schedule, it is hereby ORDERED, that Petitioner's motion is GRANTED. The schedule shall be revised as follows:

1. Petitioner shall file his Section 2255 Motion on or before December 14, 2010. The Motion shall include all grounds for relief that counsel appreciate at the time of the filing.

2. Petitioner through his counsel shall have an additional six months to investigate, research and support the grounds for relief contained in the to-be-filed December, 14, 2010 filing. That period will expire on June 14, 2011.

1

3. On or before June 14, 2011 Petitioner through counsel will file any amendments to the December 14, Motion.

4. The Government will not be required or permitted to respond to the December 14 Motion until after the expiration of the June 14 period. At that time the Government will be allotted the time it requires to files an Answer to the December 14 motion and any amendments. In that Answer the Government will be given the opportunity to argue that any amendment is untimely because it does not relate back to the date of the December 14, 2010 filing.

5. During the time between the December filing and the filing of the June 14, 2011 amendments, the Court will not *sua sponte* dispose of any ground for relief.

6. Forty-five days following the filing of the Government's answer, Petitioner will be permitted to file a reply (traverse) which will address, if needed, any questions regarding timeliness and relation-back

7. On or before June 1, 2011 Petitioner and the Government will consult and following such consultation, Petitioner will file a proposed scheduling order regarding the length, dates and scope of any evidentiary hearing that the parties believe will be required to resolve Petitioner's claims.

SO ORDERED

_____
MARK W. BENNETT, USDJ

2