# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 10-3074-MWB
(No. CR 01-3047-MWB)

**ORDER REGARDING MOTION TO RECONSIDER REASSIGNMENT OF THE CASE**

_____

On December 15, 2010, I entered an order stating, "After consultation with Chief Judge Linda R. Reade, this case is **reassigned** to her." Order (docket no. 3) (emphasis in the original). This case is before me on petitioner Honken's December 27, 2010, Motion For Reconsideration Of The Court's Reassignment Order And For A Statement Of Reasons (docket no. 6).

Honken asserts that the reassignment Order was highly unusual, contrary to the optimal and proper practice of the trial judge presiding over subsequent post-conviction proceedings, and raised, but did not answer, significant questions about the rationale and necessity of the case reassignment. Accordingly, he requests that the court reconsider the Order and provide a statement of reasons for the reassignment, including disclosure of any concerns warranting my recusal.

I have considerable doubt that a judge is required to state any reasons for reassignment of a case to another judge of the district. Nevertheless, I provide the following explanation for the reassignment of this § 2255 Motion.

The reassignment of this case to Chief Judge Reade coincided with her unrelated visit to Sioux City and a general discussion of our respective caseloads. That discussion

was not in terms of numbers of cases, but in terms of how busy we each felt we were. It was the type of informal discussion we have several times each year, such discussions never involve any comment on the merits of any of the cases, and neither did this one. I mentioned to her that Honken's § 2255 Motion had just been filed, and she volunteered to handle it, knowing that Angela Johnson's § 2255 Motion was also pending before me. Chief Judge Reade had volunteered on at least two other occasions to take one of these death penalty § 2255 Motions, and this time I took her up on her offer. I do recall Mr. Honken expressing some dissatisfaction with me as his trial judge in his allocution and, while that was in the back of my mind and I thought he might appreciate a new judge having a fresh look at the case, that was not a motivating factor. Had Chief Judge Reade not volunteered, I would not have transferred the case. There were no other reasons, other than her offer and my volunteering to go to Tucson on five separate occasions during 2011 to help out the District of Arizona. More specifically still, there was nothing about the arguments raised in Honken's § 2255 Motion that affected my decision to transfer the case. Again, I would not have transferred the case if Chief Judge Reade had not volunteered to take it. I have absolutely no concerns warranting my recusal.

That said, I find no grounds to withdraw the order reassigning this case to Chief Judge Reade, and, consequently, petitioner Honken's December 27, 2010, Motion For Reconsideration Of The Court's Reassignment Order And For A Statement Of Reasons (docket no. 6) is **denied**. This case remains assigned to Chief Judge Reade.

**IT IS SO ORDERED.**

**DATED** this 3rd day of January, 2011.

 

 

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2