IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )        No.CR 01-3047 MWB
)
vs. )
)
DUSTIN HONKEN, )
)
Defendant. )

## MOTION REQUESTING TRANSFER OF ORIGINAL TRIAL EXHIBITS FROM THE NORTHERN DISTRICT OF IOWA CLERK'S OFFICE TO THE UNITED STATES ATTORNEY'S OFFICE, NORTHERN DISTRICT OF IOWA

On June 22, 2012, the government filed a motion requesting the transfer of the original trial exhibits used in *United States v. Angela Johnson;* CR 01-3046 MWB, to the United States Attorney's Office (Docket # 848). The Court granted the motion on June 22, 2012. (Docket # 849).

After reviewing the trial exhibits, from the Johnson trial, the government has concluded that it also needs the trial exhibits from the Dustin Honken trial.

Therefore, the government is requesting the court issue an Order allowing the Clerk's Office for the Northern District of Iowa to transfer the original trial exhibits from *United States v. Dustin Honken*, CR 01-3047 MWB, to the United States Attorney's Office for the Northern District of Iowa.

1

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By, s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 1st Street SE, Suite 400
Cedar Rapids, IA  52401
319-363-6333; 319-363-1990 (fax)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on August 21, 2012.

UNITED STATES ATTORNEY

BY:   s/ S. Van Weelden

COPIES TO: Counsel of Record

2