# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DUSTIN HONKEN,

        Defendant.

No. CR 01-3047-MWB

**ORDER**

_____

This case is before me on the prosecution's August 21, 2012, Motion Requesting Transfer Of Original Trial Exhibits From The Northern District Of Iowa Clerk's Office To The United States Attorney's Office, Northern District Of Iowa (docket no. 801). The prosecution requests the transfer of the original trial exhibits for use in the new penalty phase trial in *United States v. Angela Johnson*, No. CR 01-3046-MWB. I find good cause for the requested transfer.

THEREFORE, the prosecution's August 21, 2012, Motion Requesting Transfer Of Original Trial Exhibits From The Northern District Of Iowa Clerk's Office To The United States Attorney's Office, Northern District Of Iowa (docket no. 801) is **granted**. The Clerk of Court shall transfer the exhibits in question to the United States Attorney's Office for the Northern District of Iowa at a time and in a manner mutually acceptable to the Clerk of Court and the United States Attorney.

**IT IS SO ORDERED**.

**DATED** this 21st day of August, 2012.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA