# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DUSTIN LEE HONKEN,

Defendants,

No. CR01-3047-MWB

**RECEIPT FOR EXHIBITS**

Following the disposition of the above titled action, Plaintiff United States of America Jury Trial Exhibits as to Defendant Dustin Lee Honken marked and described as follows:

| Marked | Description |
| --- | --- |
| 24 | Adchemco Scientific Documents |
| 39 | Phone records of Edward DeGeus covering all dates |
| 47 | Proskovec note |
| 84 | Letter to Dennis Putzier from Dustin Honken |
| 200 | 05/16/96 audio recording of Tim Cutkomp and Dustin Honken |
| 201 | Transcript of 5/16/96 audio recording |
| 202 | 05/25/96 audio recording of Time Cutkomp and Dustin Honken |
| 204 | 05/29/96 audio recording of Tim Cutkomp and Dustin Honken |
| 205 | Transcript of 05/29/96 audio recording |

| 206 | 06/04/96 audio recording of Tim Cutkomp and Dustin Honken |
|---|---|
| 207 | Transcript of 06/04/96 audio recording |
| 208 | 06/06/96 audio recording of Tim Cutkomp and Dustin Honken |
| 209 | Transcript of 06/06/96 audio recording |
| 210 | (A-E) Lederman bond documents |
| 211 | Drug note on 3x5 yellow paper |
| 212 | Note to Lay Lein |
| 213 | Chemical notes from Dean Donaldson |
| 214 | (A-X) Photographs from Woodbury County Jail |
| 215 | 08/29/97 letter to Dennis Putzier from Dustin Honken |
| 216 | Map drawn by Dean Donaldson to Tim Cutkomp's house |
| 217 | Recipe for MDMA from Dean Donaldson |
| 218 | Address to Dan Cobeen's parent's house |
| 219 | (A&B) Letter to Rick Held by Dustin Honken |
| 220 | Note from Dustin Honken to Dean Donaldson to go to Dan Cobeen |
| 221 | 1996 calendar with Tim Cutkomp's work schedule |
| 222 | (A&B) Kathy Rick contact information given to Dean Donaldson |
| 227 | Drawing by Robert Riepma of an SKS assault rifle |
| 230 | Letter "G" page from the Mason City city directory |
| 235 | Book order form |

2

Case 3:01-cr-03047-LTS-KEM    Document 803    Filed 10/03/12    Page 2 of 9

| | |
|---|---|
| 236 | Order form to Loomponics |
| 250 | (A&B) Fire Evacuation Plan, Unit BB, Lower Level and 2nd Floor |
| 251-294 | Photos: interior of USP Florence |
| 300 | Transcript of Dustin Honken's testimony from his sentencing hearing (1997) |
| 301 | Stipulation signed by Dustin Honken for 1996 case |
| 305 | Billing records from the Parrish Law Firm for 4/1/96 through 9/1/96 |
| 306 | Dustin Honken letter to Michael Kluver |
| 307 | Dustin Honken letter to Michael Kluver |
| 308 | Dustin Honken letter to Michael Kluver |
| 309 | Dustin Honken letter to Michael Kluver |
| | |
| | |
| 401 | 1993 ASCS aerial photo of Lark Avenue site |
| 402 | Aerial photo: Lark Avenue site from SW |
| 425 | Photo: partially excavated grave, following removal of number 1 |
| 447 | Photo: general view of totally excavated grave |
| 448 | Photo: grave re-filled |
| 450 | Plan view: 4 individuals from south |

3

| | |
|---|---|
| 507 | Photo: lower body as received at autopsy (Greg Nicholson remains) |
| 508 | Photo trunk and upper legs as received (Greg Nicholson remains) |
| 509 | Photo: lower legs as received at autopsy (Gmg Nicholson remains) |
| 510 | Photo: left sock (Greg Nicholson remains) |
| 512 | Photo: sock and ligature (Greg Nicholson remains) |
| 513 | Photo: sock and ligamre close-up (Greg Nicholson remains) |
| 514 | Photo: head and torso as received at autopsy (Greg Nicholson remains) |
| 516 | Photo: skull as received left (Greg Nicholson remains) |
| 517 | Photo: skull as received right (Greg Nicholson remains) |
| 518 | Photo: skull as received at autopsy (Greg Nicholson remains) |
| 519 | Photo: tape and gag removed (Greg Nicholson remains) |
| 521 | Photo: upper skeleton (Greg Nicholson remains) |
| 522 | Photo: lower skeleton (Greg Nicholson remains) |
| 524 | Photo: right rib 5 close up (Greg Nicholson remains) |
| 526 | Photo: right ribs 3 and 4 (Greg Nicholson remains) |
| 527 | Photo: right rib 3 close up (Greg Nicholson remains) |
| 528 | Photo: right rib 4 close up (Greg Nicholson remains) |

4

| 533 | Photo: skull front  (Greg  Nicholson  remains) |
|---|---|
| 534 | Photo: skull back  (Greg  Nicholson  remains) |
| 535 | Photo: skull right  (Greg  Nicholson  remains) |
| 536 | Photo: skull top  (Greg  Nicholson  remains) |
| 538 | Photo: sphenoid  fragmems  (Greg  Nicholson  remains) |
| 542 | Photo: skull as received at autopsy (Greg  Nicholson  remains) |
| 543 | Photo: skull as received  right (Greg  Nicholson  remains) |
| 544 | Photo: skull as received  back (Greg  Nicholson  remains) |
| 546 | Photo: skeleton mid-section as received, close-up (Greg  Nicholson remains) |
| 547 | Photo: lower body, close up (Greg Nicholson remains) |
| 606 | Photo: lower body as received at autopsy (Lori Duncan remains) |
| 607 | Photo: upper body as received at autopsy (Lori Duncan remains) |
| 615 | Photo: sweat pants and rope (Lori Duncan remains) |
| 617 | Photo: head as received back (Lori Duncan remains) |
| 618 | Photo: head as received front (Lori Duncan remains) |
| 627 | Photo: lower skeleton (Lori Duncan remains) |
| 628 | Photo: right rib 4 (Lori Duncan remains) |
| 631 | Photo: right rib 7 close up (Lori Duncan remains) |
| 632 | Photo: right rib 8 detached (Lori Duncan remains) |
| 633 | Photo: right rib 8 reattached; back (Lori Duncan remains) |
| 634 | Photo: right rib 8 reattached; front (Lori Duncan remains) |
| 637 | Photo: left ulna back (Lori Duncan remains) |

5

| | |
|---|---|
| 639 | Photo: right ilium close up of fracture (Lori Duncan remains) |
| 640 | Photo: left MC 5 (Lori Duncan remains) |
| 641 | Photo: skull bottom (Lori Duncan remains) |
| 642 | Photo: skull front (Lori Duncan remains) |
| 645 | Photo: skull left (Lori Duncan remains) |
| 646 | Photo: skull top (Lori Duncan remains) |
| 647 | Photo: skull back (Lori Duncan remains) |
| 649 | Photo : left skull as received (Lori Duncan remains) |
| 650 | Photo: skull bottom (Lori Duncan remains) |
| 651 | Photo: close up right shoe, sock and rope (Lori Duncan remains) |
| 652 | Photo: close up left sock and rope (Lori Duncan remains) |
| 703 | Photo: as received at autopsy (Kandace Duncan remains) |
| 705 | Photo: skull back as received at autopsy (Kandace Duncan remains) |
| 708 | Photo: upper skeleton (Kandace Duncan remains) |
| 709 | Photo: lower skeleton (Kandace Duncan remains) |
| 712 | Photo: skull bottom (Kandace Duncan remains) |
| 713 | Photo: skull top (Kandace Duncan remains) |
| 714 | Photo: skull left (Kandace Duncan remains) |
| 715 | Photo: skull right (Kandace Duncan remains) |
| 717 | Photo: skull lower right with probe (Kandace Duncan remains) |
| 718 | Photo: skull right front with probe (Kandace Duncan remains) |
| 719 | Photo: skull upper right with probe (Kandace Duncan remains) |
| 723 | (A&B) 1/3/2/11 and 4/9/2001 FBI Lab reports of Alice Isenberg |
| 803 | Photo: swimsuit back (Amber Duncan remains) |
| 810 | Photo: skull bottom (Amber Duncan remains) |
| 811 | Photo: skull left (Amber Duncan remains) |

6

| | |
|---|---|
| 812 | Photo: skull right (Amber Duncan remains) |
| 817 | Photo: tee shirt on skull back as received (Amber Duncan remains) |
| 818 | Photo: tee shirt on skull front as received (Amber Duncan remains) |
| 819 | Photo: tee shirt front (Amber Duncan remains) |
| 820 | Photo: tee shirt back (Amber Duncan remains) |
| 821 | Photo: tee shirt back close up (Amber Duncan remains) |
| 822 | Photo: as received at autopsy (Amber Duncan remains) |
| 823 | Photo: skull bottom (Amber Duncan remains) |
| 824 | Photo: tee shirt close-up (Amber Duncan remains) |
| 901 | 1993 ASCS aerial photo: Killdeer Avenue site |
| 903 | Aerial photo: Killdeer Avenue site from North |
| 907 | Photo: Killdeer Avenue site before exhumation from South |
| 908 | Photo: Killdeer Avenue site before exhumation from North |
| 918 | 360 degree photo of murder site |
| 919 | Panoramic photo of murder site |
| 920 | Body diagram |
| 1003 | Photo: sweatshirt with holes (Terry DeGeus remains) |
| 1008 | Photo: hair with braid (Terry DeGeus remains) |
| 1009 | (A&B) Photo: lead fragment (Terry DeGeus remains) |
| 1010 | Photo: skeleton (Terry DeGeus remains) |
| 1012 | Photo: thoracic vertebrae (Terry DeGeus remains) |
| 1014 | Photo: left humerus front (Terry DeGeus remains) |
| 1016 | Photo: left humerus (Terry DeGeus remains) |
| 1017 | Photo: left humerus upper (Terry DeGeus remains) |
| 1018 | Photo: left humerus lower (Terry DeGeus remains) |
| 1021 | Photo: left ilium front closeup (Terry DeGeus remains) |
| 1022 | Photo: skull and fragments (Terry DeGeus remains) |
| 1026 | Photo: skull exterior before reconstruction (Terry DeGeus remains) |

7

| | |
|---|---|
| 1027 | Photo: Skull interior before reconstruction (Terry DeGeus remains) |
| 1028 | Photo: skull fragments (Terry DeGeus remains) |
| 1029 | Photo: skull after reconstruction right (Terry DeGeus remains) |
| 1030 | Photo: skull after reconstruction left (Terry DeGeus remains) |
| 1031 | Photo: skull after reconstruction back (Terry DeGeus remains) |
| 1032 | Photo: skull after reconstruction top (Terry DeGeus remains) |
| 1033 | Photo: skull after reconstruction defect closeup (Terry DeGeus remains) |
| 1035 | Photo: skull after reconstruction (Terry DeGeus remains) |
| 1036 | Photo: left rib (Terry DeGeus remains) |
| 1037 | Photo: left rib (Terry DeGeus remains) |
| 1039 | Photo: frontal defect (Terry DeGeus remains) |
| 1041 | Photo: frontal unreconstructed (Terry DeGeus remains) |
| 1042 | Photo: left superior fracture (Terry DeGeus remains) |
| 1043 | Photo: green right temporal (Terry DeGeus remains) |
| 1044 | Photo: interior temporal (Terry DeGeus remains) |
| 1045 | Photo: left inferior fracture (Terry DeGeus remains) |
| 1051 | Photo: x-ray at autopsy (Terry DeGeus remains) |
| 1052 | Photo: mandible at autopsy (Terry DeGeus remains) |
| 1108 | Photo: Amber Duncan at Brittany Asbe's birthday party |
| | |

have been released to ___Lori A. Lewis___ . Exhibits should be kept in their original

8

form until termination of any appeal in this matter or otherwise advised by this court that they may be destroyed.

Dated: 10/3/12 _____

_____
Signature

_____
Agency

_____
Witness - Deputy Clerk

9