# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 02, 2015

Mr. Rob Phelps
U.S. DISTRICT COURT
Northern District of Iowa
111 Seventh Street, S.E.
Box 12
Cedar Rapids, IA  52401-2102

     RE:  14-1329  Dustin Honken v. United States

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

               Michael E. Gans
               Clerk of Court

SRD

Enclosure(s)

     District Court/Agency Case Number(s):  3:10-cv-03074-LRR