IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
)
v. )          Case No. 3:01-CR-3047-LTS
)              (Capital Case)
)
DUSTIN LEE HONKEN )

## GOVERNMENT'S NOTICE REGARDING EXECUTION DATE

The United States hereby notifies the Court that the Director of the Federal

Bureau of Prisons, upon the direction of the Attorney General, has scheduled the

execution of Dustin Lee Honken, in accordance with 28 C.F.R. Part 26, to take place

on July 17, 2020.

Respectfully Submitted,

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020,
I electronically filed the foregoing with the Clerk
of Court using the ECF system which will send
notification of such filing to the parties or attorneys
of record.

UNITED STATES ATTORNEY

BY: */s/ JAL*

PETER E. DEEGAN, JR.
United States Attorney

By: */s/ Justin Lightfoot*

JUSTIN LIGHTFOOT
Assistant U.S. Attorney
Northern District of Iowa
111 Seventh Ave. SE, Box 1
Cedar Rapids, Iowa  52402
(319) 363-6333
(319) 363-1990 (fax)
Justin.Lightfoot@usdoj.gov