**\*\*\*EXECUTION SCHEDULED FOR JULY 17, 2020\*\*\***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | No. 3:01-cr-03047-LTS-KEM-1 |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

Pending before the Court is Movant Dustin Lee Honken's Motion to Declare the BOP's Execution Notice Null and Void. This Court has never been asked to enter an order authorizing the BOP to set an execution date in this matter as required pursuant to 28 C.F.R. § 26.2.

The request is granted. The BOP's actions setting an execution date in this matter is null and void.

It is so ordered this＿＿＿＿＿ day of ＿＿＿＿＿, 2020

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Leonard T. Strand
Chief Judge, U.S. District Court

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

DUSTIN LEE HONKEN, )
)
          Movant, )
)    No. 3:01-cr-03047-LTS-KEM-1
  v. )   **CAPITAL CASE**
)
UNITED STATES OF AMERICA, )
)
          Respondent. )

**MOTION TO DECLARE DUSTIN LEE HONKEN'S EXECUTION
DATE NULL AND VOID**

Movant Dustin Lee Honken, by his undersigned counsel, respectfully moves the Court to issue an order declaring his currently scheduled execution date—July 17, 2020—null and void. In support of this motion, Petitioner states as follows:

1. As explained in the accompanying Brief, the Government failed to follow its own regulations for proposing an execution date. The Government has never asked this Court to enter an order authorizing the Bureau of Prisons (BOP) to set an execution date in this matter as required pursuant to 28 C.F.R. § 26.2. As a result, the BOP's "notice" of Mr. Honken's July 17, 2020 execution date is unenforceable, as it is null and void.

2. Pursuant to Local Rule 7, this motion is brought pursuant to this Court's inherent authority to implement Petitioner's death sentence and determine the date of execution. This is not a motion that is subject to Local Rule 7(k), which requires conferral with all other parties in advance of filing for a non-dispositive motion. Mr. Honken asks this Court to nullify the BOP's execution date, and is therefore clearly dispositive. *Sizemore v. Producers Co-op. Co.*, No. C 11-

1

4044-MWB, 2011 WL 4369088, at *1 (N.D. Iowa Sept. 19, 2011) (construing a motion to dismiss as dispositive, and not subject to local rule requirement).

3.     A proposed order is attached. The reasons supporting this request are set forth in the accompanying brief.

Movant respectfully requests that this Court issue an order declaring Mr. Honken's execution date of July 17, 2020 null and void.

Respectfully submitted this 8th day of July, 2020.

s/ Timothy Kane
Timothy Kane
Assistant Federal Defender
Shawn Nolan
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
215-928-0520 (phone)
215-928-0826 (fax)
shawn_nolan@fd.org
timothy_kane@fd.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8th, 2020, the foregoing was filed electronically with the Clerk

of the Court to be served by operation of the Court's electronic filing system upon the following

attorneys for the United States:

Sean R. Berry
Justin Lightfoot
Assistant United States Attorneys
111 7th Avenue SE, Box 1
Cedar Rapids, Iowa 52401

/s/ Timothy Kane
Timothy Kane
*Attorney for Dustin Honken*